## BANK OF IOWA AND DAKOTA V. OLIVER *et al.*

Application to amend abstract on appeal to show order denying a new trial, entered after the taking of the appeal, by direction of the court that it be entered *nunc pro tunc* as of a date prior to the taking of the appeal, will be denied, as such order cannot be reviewed on such appeal.

(Opinion filed April 4, 1899.)

Appeal from circuit court, Sanborn county.    Hon. FRANK B. SMITH, Judge.

Action by the Bank of Iowa and Dakota against John Oliver and M. M. Price.    From an adverse judgment, defendant Price appealed, and he now makes application to amend his abstract.    Denied.

*F. R. Aikens, T. H. Null* and *N. J. Dunham,* for appellant and petitioner.

*A. B. Kittredge* and *John T. Kean,* for respondent.

HANEY, J.    Appellant applies, upon notice, to amend his abstract by adding thereto an order of the circuit court, denying his motion for a new trial, made August 9, 1898.    The appeal was taken September 13, 1898.    Appellant's application is supported by the affidavit of his attorney, from which it appears that the order denying a new trial was entered after this appeal was taken, by order of the circuit court, as of a date prior to the taking of the appeal.

It is held in the case of Martin v. Smith, decided at this term, 11 S. D. 437, 78 N. W. 1001, that no appeal lies until the judgment or order has been entered as a permanent record of the court below; that the rights of the parties in respect to an appeal are determined by the date of the actual entry of the

judgment or order, and cannot be affected by the entry thereof, *nunc pro tunc,* as of a prior date; and that this rule is not modified by Comp. Laws, § 5235. Upon the authorities cited, and for the reasons stated in that case, it would be idle for appellant to amend his abstract, by printing this notice of appeal, as his application shows it cannot be reviewed upon this appeal. The application to amend is denied.